*(Supreme Court, General Term, Second Department.* February 12, 1890.)

Appeal from circuit court, Suffolk county.

Action by Nathan Bensky against Charles Banks, for assault.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*J. Adriance Bush,* (*Barton S. Weeks,* of counsel,) for appellant.    *Everett A. Carpenter,* for respondent.

DYKMAN, J. This is an action for the recovery of damages for assault and battery. The plaintiff recovered a small verdict, and defendant has appealed. According to the testimony of the plaintiff he was a peddler, and was approaching the house of the defendant to make sales, when the defendant came up to him and struck him with a stick, and knocked him down, and inflicted injuries upon his ear and head. The defendant does not deny the infliction of the blow, but says the plaintiff made a motion to draw a pistol, and he acted in self-defense. The whole case went to the jury under a correct charge, and the plaintiff received the verdict, and so we must assume the facts as he stated them and as the jury has found them. Under such an assumption the case was made out, and the judgment and order denying the motion for a new trial must be affirmed. There was no error either in the ruling or charge of the court.

---

DINGLEY, Appellant, *v.* BON, Respondent.

*(Supreme Court, General Term, Second Department.* February 12, 1890.)

Appeal from special term, Kings county.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*J. C. & H. C. Smith & Koepke,* (*Herman F. Koepke,* of counsel,) for appellant.    *Johnson & Lamb,* (*A. E. Lamb,* of counsel,) for respondent.

DYKMAN, J. We think the judgment from which this appeal is taken should be affirmed. The action is for the specific performance of a contract for the sale of real property, and the trial judge has found facts which make the title plainly doubtful and unmerchantable, and his findings are all well sustained. The judgment should be affirmed, with costs.

---

MANAHAN, Respondent, *v.* STEINWAY & H. P. R. Co., Appellant.

*(Supreme Court, General Term, Second Department.* February 12, 1890.)

Appeal from circuit court, Queens county.

Action by Alfred Manahan, an infant, by John A. Manahan, his guardian, against the Steinway & Hunter's Point Railroad Company, for damages for personal injuries.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Foster & Foster*, for appellant. *Lawton & New,* (*J. Warren Lawton,* of counsel,) for respondent.

DYKMAN, J. This is an action for negligence, and involves the usual questions of negligence of the defendant, and contributory negligence of the plaintiff. The serious dispute upon the latter question was whether the plaintiff was injured while attempting to cross the street in front of the car which injured him, or whether he ran along the side of the car from the rear towards the front, and received his injuries at that time. These theories were both submitted to the jury under proper instruction, and the finding must have been in favor of the plaintiff, for he received the verdict. With the facts found by the verdict in favor of the plaintiff, the verdict cannot be disturbed by an appellate tribunal. The judgment and order appealed from should be affirmed, with costs.